```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 08 B 09697
    SHAWN GRIGGS
                                              CHAPTER 13

                                              JUDGE: SUSAN PIERSON SONDERBY
          Debtor
    SSN XXX-XX-3173


------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
    The case was filed on 04/19/2008 and was not confirmed.

    The case was dismissed without confirmation 01/22/2009.
------------------------------------------------------------------------------
CREDITOR NAME             CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------------
PORTFOLIO RECOVERY ASSOC  UNSECURED          372.53            .00            .00
CHASE VISA                NOTICE ONLY      NOT FILED           .00            .00
REGIONAL ACCEPTANCE CORP  SECURED VEHIC    17526.00            .00         700.00
REGIONAL ACCEPTANCE CORP  UNSECURED          872.77            .00            .00
ANDERSON FIN NETWORK      UNSECURED        NOT FILED           .00            .00
CHASE MANHATTAN           UNSECURED        NOT FILED           .00            .00
CITY OF CHICAGO PARKING   UNSECURED         1130.00            .00            .00
CITY OF CHICAGO EMS       UNSECURED        NOT FILED           .00            .00
COMMONWEALTH EDISON       UNSECURED        NOT FILED           .00            .00
COMMONWEALTH EDISON       NOTICE ONLY      NOT FILED           .00            .00
JEFFERSON CAPITAL SYSTEM  UNSECURED          872.32            .00            .00
HOUSEHOLD CREDIT SERVICE  UNSECURED        NOT FILED           .00            .00
JRSI                      UNSECURED        NOT FILED           .00            .00
MIDLAND CREDIT MANAGEMEN  UNSECURED        NOT FILED           .00            .00
NCO FINANCIAL             UNSECURED        NOT FILED           .00            .00
NORTHSHORE PATHOLOGY CON  UNSECURED        NOT FILED           .00            .00
OMNI CREDIT SERVICE INC   UNSECURED        NOT FILED           .00            .00
RCN CHICAGO               UNSECURED        NOT FILED           .00            .00
RUSH NORTH SHORE MEDICAL  UNSECURED        NOT FILED           .00            .00
RUSH NORTH SHORE MEDICAL  NOTICE ONLY      NOT FILED           .00            .00
RUSH NORTHSHORE MEDICAL   UNSECURED        NOT FILED           .00            .00
SKOKIE EMERGENCY SERVICE  UNSECURED        NOT FILED           .00            .00
ST FRANCIS HOSPITAL       UNSECURED        NOT FILED           .00            .00
ST FRANCIS HOSPITAL       NOTICE ONLY      NOT FILED           .00            .00
TRIAD FINANCIAL CORP      UNSECURED        22570.19            .00            .00
US CELLULAR               NOTICE ONLY      NOT FILED           .00            .00
US CELLULAR               UNSECURED        NOT FILED           .00            .00
VILLAGE OF OAK PARK       UNSECURED        NOT FILED           .00            .00
JOSEPH WROBEL             REIMBURSEMENT      274.00            .00         205.95
JOSEPH WROBEL             DEBTOR ATTY        706.00                           .00
TOM VAUGHN                TRUSTEE                                           74.05
DEBTOR REFUND             REFUND                                              .00

          Summary of Receipts and Disbursements:
------------------------------------------------------------------------------


              PAGE  1 - CONTINUED ON NEXT PAGE
    CASE NO. 08 B 09697 SHAWN GRIGGS
```

```
                           RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                      980.00

PRIORITY                                             205.95
SECURED                                              700.00
UNSECURED                                                .00
ADMINISTRATIVE                                           .00
TRUSTEE COMPENSATION                                   74.05
DEBTOR REFUND                                            .00
                           ---------------       ---------------
TOTALS                       980.00                  980.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 03/10/09                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                              PAGE   2
         CASE NO. 08 B 09697 SHAWN GRIGGS